# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** ___   **Category No.** III   **Investigating Agency** FDA-OCI

**City** Danvers
**County** Essex

**Related Case Information:**
Superseding Ind./Inf. ___   Case No. ___
Same Defendant ___   New Defendant ___
Magistrate Judge Case Number ___
Search Warrant Case Number ___
R 20/R 40 from District of ___

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ___   ☐ Yes ☑ No

Defendant Name: Loralie LaBroad   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ___
Address: Hampton, NH
Birth date (Yr only): 1970   SSN (last 4#): 9909   Sex: F   Race: White   Nationality: ___

**Defense Counsel if known:** C. Henry Fasoldt   Address: 185 Devonshire Street Suite 302 Boston, MA 02110
Bar Number: ___

**U.S. Attorney Information**
AUSA: Lauren A. Graber   Bar Number if applicable: 679226

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: ___

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:** ___

**Arrest Date:** ___

☐ Already in Federal Custody as of ___ in ___.
☐ Already in State Custody at ___   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: ___ on ___

**Charging Document:** ☐ Complaint   ☑ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/24/2024   Signature of AUSA: [signature]

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Loralie LaBroad

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1365(a)(4) | Tampering with a consumer product | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**